IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALAN DENCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11CV318-SRW |
| ) | (WO) |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the Memorandum Opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of this court that the Commissioner's decision is REVERSED, and this action is REMANDED to the Commissioner for further proceedings. Such proceedings may include any proceedings the Appeals Council deems appropriate to comply with the court's memorandum opinion and judgment, but shall include a decision by the Appeals Council on the merits of plaintiff's claims, either without remand to an Administrative Law Judge or upon recommended decision to the Appeals Council by an Administrative Law Judge.

DONE, this 26th day of September, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE